JAMES H. BEATTY, Respondent, v. THOMAS C. FURNALD, Appellant.

1. *Practice, civil — Judgment — Motion for new trial.*—Where appellant fails to move for a new trial, the judgment of the lower court will not be disturbed.

*Appeal from Livingston Court of Common Pleas.*

*Broaddus & Pollard*, for respondent.

*L. T. Collier*, for appellant.

BLISS, Judge, delivered the opinion of the court.

There is no error in the record proper in·this case, but if it exist at all would be found in the rulings of the court. Inasmuch, however, as there was no motion for a new trial to enable the court to reconsider such rulings, the judgment will be affirmed. The other judges concur.